

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 30, 2014.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:      CHAPTER 13 PROCEEDING

JUAN JOSE GUERRERO
GRACIELA LUNA GUERRERO
DEBTOR(S)     CASE NO.: 09-52656G

### AGREED ORDER REGARDING TRUSTEE'S MOTION TO DISMISS

On this 28th day of August, came on to be considered the Trustee's Motion to Dismiss. The Court finds that all required notices of the Motion and hearing thereon have been properly served; and that the parties have reached an agreement with respect to the Trustee's Motion to Dismiss as evidenced by their signatures below. The Court taking into consideration the agreement of the parties as evidenced by their signatures is of the opinion that the following orders shall be entered:

IT IS THEREFORE ORDERED that the plan shall be extended to sixty (60) months from confirmation. The Debtor shall complete the plan on or about November 30, 2014. Should the Debtor fail to complete the plan, the Trustee shall file a Certification of Default and submit an order dismissing the case.

###

APPROVED:

MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 Heritage Blvd; Ste 201
San Antonio, Texas 78216
(210) 824-1460 phone
(210) 824-1328 fax
mviegelahn@sach13.com

RICK FLUME
ATTORNEY FOR DEBTOR(S)
8700 Crownhill Blvd; Ste 502
San Antonio, TX 78209
(210) 930-7000
rick@flumelaw.com

ORDER PREPARED AND SUBMITTED BY:
MARY K. VIEGELAHN
CHAPTER 13 TRUSTEE
10500 HERITAGE BLVD; STE 201
SAN ANTONIO, TX 78216