

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 16, 2015.**

_____
CRAIG A. GARGOTTA
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| Guerrero, Sr, Juan Jose | § | Case No. 09-52656-C |
| Guerrero, Graciela Luna | § | Chapter 13 |
| | § | |
| **Debtors** | § | |

**ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY COUNSEL AND FIRST REQUEST FOR ADDITIONAL COMPENSATION**

Before the Court is the Debtors' Application to Employ Counsel and First Request for Additional Compensation. The Debtors request permission to employ alternate counsel, to handle a mass-tort personal injury claim in Multi-District Litigation that is pending in Federal District Court in West Virginia, in case number 14-CV1519, styled as Guerrero v. American

Medical Systems, Inc. Here is the contact information of the professional person whose employment the Debtors seek Court approval to represent the joint debtor in this matter:

    Name:                      Chris W. Cantrell
    Firm Name:            Doyle Lowther, LLP
    Mailing Address:     10200 Willow Creek Rd, Ste 150, San Diego, CA 92131-1669
    Telephone Number:  858-935-9960
    Fax Number:         858-939-1939
    Email Address:      broberts@doylelowther.com

Having considered the application, and there being no objection to the application, the application is GRANTED, and the employment of the professional person at issue in this application is APPROVED.

The settlement funds regarding the claim at issue in this application shall not be disbursed without prior approval from the Court.

It is further ORDERED that Flume & Associates is awarded additional attorney fees in the amount of $436.00, such sum to be paid as an administrative priority expense by the Chapter 13 Trustee through the Debtors' Plan in accordance with the terms of the Standing Order.

###

Prepared in the office of and submitted by:
Rick Flume, Flume & Associates
900 NE Loop 410, Ste E105, San Antonio, TX 78209
Phone: 210-930-7000, Fax: 210-820-3207