

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 25, 2015**

_Craig A. Gargotta_

_____

**CRAIG A. GARGOTTA**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Juan Jose Guerrero, Sr** | § | **Case No. 09-52656-G** |
| **Graciela Luna Guerrero** | § | **Chapter 13** |
| **Debtors** | § | |
| | § | |
| | § | |

## ORDER GRANTING DEBTORS' MOTION TO APPROVE SETTLEMENT AGREEMENT, DISTRIBUTE REMAINING PROCEEDS, AND SECOND REQUEST FOR ADDITIONAL COMPENSATION

Before the Court is the Debtors' Motion to Approve Settlement Agreement, Distribute Remaining Proceeds, and Request for Additional Compensation. The Court finds that the motion should be GRANTED.

THEREFORE, IT IS ORDERED that the settlement regarding the personal injury suit and pursuant to the Application Awarding Compensation of Attorney Fees is hereby GRANTED.

IT IS ALSO ORDERED that Chris Cantrell be allowed to distribute settlement proceeds for services rendered by special counsel in the amount of $23,333.33, administrative costs in the amount of $2,164.33, payment to AMS and Rawling Group (lien holdback) in the amount of $17,500.00, payment to the Debtor in the amount of $16,276.97, and the balance of 10,725.37 be paid directly to the Chapter 13 Trustee.

IT IS FURTHER ORDERED that attorney fees in the amount of $500.00 are awarded to Flume & Associates and that the compensation is to be paid by the Chapter 13 Trustee as an administrative priority expense under the Chapter 13 Plan pursuant to the Standing Order.

# # #

Prepared in the office of and submitted by:
Rick Flume, Flume & Associates
900 NE Loop 410, Suite E-105
San Antonio, TX 78209
Phone: 210-930-7000
Fax: 210-820-3207